
UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 3, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                                         )
       Plaintiff,     )
v.                            )
                                         )
LUIS ANGEL RODRIGUEZ-GUEVARA,)
                                         )
      Defendant.      )

Case No. 2:10MJ00027-KJM-3

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  LUIS ANGEL RODRIGUEZ-GUEVARA ,

Case No.  2:10MJ00027-KJM-3 , Charge  21USC § 846 and 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

            __    Unsecured Appearance Bond

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

    ✔    (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

    Issued at  Sacramento, CA  on  February 3, 2010  at  2:00 pm .

                                        By   /s/ Gregory G. Hollows
                                                 Gregory G. Hollows
                                                 United States Magistrate Judge

Copy 5 - Court